EDWARD M. ROBBINS, JR., ESQ., SBN 82696
CHARLES P. RETTIG, ESQ., SBN 97848
DAVID ROTH, ESQ., SBN 56054
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
Telephone:   (310) 281-3200
Facsimile:   (310) 859-1430

Attorneys for Plaintiffs, ALEXANDRE BALKANSKI
TRADING PARTNER, LP; AAB & SB, LLC,
Tax Matters Partner; ALEXANDRE BALKANSKI,
Sole Member-Manager

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LP; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI Sole Member-Manager, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. _____ <br><br> DEMAND FOR JURY TRIAL  WDB |

## DEMAND FOR JURY TRIAL

Plaintiffs, ALEXANDRE BALKANSKI TRADING PARTNER, LP; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI Sole Member-Manager, hereby demand a jury on all issues so triable under the law.

---

DEMAND FOR JURY TRIAL

DATED: May 14, 2008

Respectfully submitted,

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

By: _____
EDWARD M. ROBBINS, JR., ESQ.
CHARLES P. RETTIG, ESQ.
DAVID ROTH, ESQ.

Attorneys for Plaintiffs ALEXANDRE BALKANSKI TRADING PARTNER, LP; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager

DEMAND FOR JURY TRIAL