EDWARD M. ROBBINS, JR., ESQ. (SBN 82696)
CHARLES P. RETTIG, ESQ. (SBN 97848)
DAVID ROTH, ESQ. (SBN 56054)
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3200
Fax:    (310) 859-5129

E-filing

Attorneys for Plaintiffs, ALEXANDRE BALKANSKI
TRADING PARTNER, LP; AAB & SB, LLC,
Tax Matters Partner; ALEXANDRE BALKANSKI,
Sole Member-Manager

FILED BY FAX
PURSUANT TO LOCAL RULES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
DIVISION OF SAN FRANCISCO

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LP; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civ. No. _____ |

**CERTIFICATE OF INTERESTED PARTIES**

The captioned plaintiffs and defendant are the sole interested parties.

CERTIFICATE OF INTERESTED PARTIES                    1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | ALEXANDRE BALKANSKI TRADING PARTNER, LP; AAB & SB, LLC, Tax Matters Partner, ALEXANDRE BALKANSKI, Sole Member-Manager, |
| Dated: May 14, 2008 | by *[signature]* |
|   | EDWARD M. ROBBINS, JR., ESQ.<br>CHARLES P. RETTIG, ESQ.<br>DAVID ROTH, ESQ.<br>HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.<br>9150 Wilshire Boulevard, Suite 300<br>Beverly Hills, CA 90212<br>Phone: (310) 281-3200<br>Fax:    (310) 859-5129 |

279537.1

CERTIFICATE OF INTERESTED PARTIES      2