AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER LP )<br>Plaintiff )<br>v. )<br>UNITED STATES OF AMERICA )<br>Defendant ) | **E-filing**<br>Civil Action No. |

Summons in a Civil Action    CV 08 2494

To: UNITED STATES OF AMERICA
(Defendant's name)

WDB

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____MAY_____    MARY ANN BUCKLEY
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)