EDWARD M. ROBBINS, JR., ESQ. (SBN 82696)
CHARLES P. RETTIG, ESQ. (SBN 97848)
DAVID ROTH, ESQ. (SBN 56054)
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3200
Fax:    (310) 859-5129

Attorneys for Plaintiffs, ALEXANDRE BALKANSKI
TRADING PARTNER, LP; AAB & SB, LLC,
Tax Matters Partner; ALEXANDRE BALKANSKI,
Sole Member-Manager

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
DIVISION OF SAN FRANCISCO

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LP; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 08-002494 WDB<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

1  further proceedings in the case, including trial, and order the entry of a final judgment. Appeal
2  from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
3  Circuit.

Respectfully submitted,

ALEXANDRE BALKANSKI TRADING
PARTNER, LP; AAB & SB, LLC, Tax Matters
Partner, ALEXANDRE BALKANSKI, Sole
Member-Manager,

Dated: May 21, 2008           by  /s/

EDWARD M. ROBBINS, JR., ESQ.
CHARLES P. RETTIG, ESQ.
DAVID ROTH, ESQ.
HOCHMAN, SALKIN, RETTIG, TOSCHER
& PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3200
Fax:   (310) 859-5129

279793.1

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On May 21, 2008, I served the foregoing document described as CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the interested parties in this action by placing the true copies of the original thereof enclosed in a sealed envelope addressed as follows:

Nathan J. Hochman, Esq.
Assistant Attorney General
Dept. of Justice / Tax Division
950 Pennsylvania Ave. NW, Room 4607
Washington, DC 20530

United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

The Hon. Wayne D. Brazil
United States Magistrate Judge
Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, CA 94612-5212

I placed such envelope with postage thereon fully prepaid in the United States mail at Beverly Hills, California.

Executed on May 21, 2008, at Beverly Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Valerie Bishop*
VALERIE BISHOP

CERTIFICATE OF INTERESTED PARTIES        3