1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS MOORE
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER
4  Assistant United States Attorney
    10th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
6   Telephone:  (415) 436-6888
    Fax: (415) 436-6748
7  **W. CARL HANKLA** (DCBN 41165)
   Trial Attorney, Tax Division
8  United States Department of Justice
    P.O. Box 683, Ben Franklin Station
9   Washington, D.C. 20044
    Telephone: (202) 307-6448
10  Fax: (202) 307-0054
    E-mail: w.carl.hankla@usdoj.gov

11                IN THE UNITED STATES DISTRICT COURT FOR THE

12                    NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15 ALEXANDRE BALKANSKI TRADING       )
   PARTNER, LO; AAB & SB, LLC, Tax   )
   Matters Partner; ALEXANDRE        )
16 BALKANSKI, Sole Member-Manager,   )
                                     )        CV 08-002494 WDB
17          Plaintiffs,              )
                                     )
18       v.                          )
                                     )
19                                   )   **UNITED STATES' NOTICE OF**
                                     )   **APPEARANCE**
   UNITED STATES OF AMERICA,         )
20                                   )
            Defendant.               )
21 _____  )

22        Please take notice that W. Carl Hankla is entering his appearance as trial attorney for the United

23 States in the above-captioned proceeding.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of

24 pleadings, papers, and other material relevant to this action should be directed to and served upon W.

25 Carl Hankla at his registered CM/ECF e-mail addresses, w.carl.hankla@usdoj.gov and

26 western.taxcivil@usdoj.gov.  Assistant United States Attorney David L. Denier, local counsel, should

27

28 U.S.' NOTICE OF APPEARANCE
   No. CV-08-002494 WDB                          - 1 -                                    1

1  also receive notice at his registered CM/ECF e-mail addresses.

2       The Notice of Appearance is not intended to waive any defenses that may be asserted by motion

3  or answer, nor is it intended to serve as a consent to proceed before a U.S. Magistrate Judge.

4       DATED this 18th day of June, 2008.

5                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
6                                                    THOMAS MOORE
                                                     Assistant United States Attorney
7                                                    Chief, Tax Division
                                                     DAVID L. DENIER
8                                                    Assistant United States Attorney
                                                     10th Floor Federal Building
9                                                    450 Golden Gate Avenue, Box 36055
                                                     San Francisco, California  94102
10                                                   Telephone:  (415) 436-6888
                                                     Fax: (415) 436-6748
11
                                                      /s/ *W. Carl Hankla*
12                                                   W. CARL HANKLA (DCBN 41165)
                                                     Trial Attorney, Tax Division
13                                                   United States Department of Justice
                                                     P.O. Box 683, Ben Franklin Station
14                                                   Washington, D.C. 20044
                                                     Telephone: (202) 307-6448
15                                                   Fax: (202) 307-0054
                                                     E-mail: w.carl.hankla@usdoj.gov

16

17

18

19

20

21

22

23

24

25

26

27

28  U.S.' NOTICE OF APPEARANCE
    No. CV-08-002494 WDB                    - 2 -                                      1