JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888
  Fax: (415) 436-6748
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
  P.O. Box 683, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 307-6448
  Fax: (202) 307-0054
  E-mail: w.carl.hankla@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LO; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CV 08-002494 WDB |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | STIPULATION FOR EXTENSION OF TIME TO ANSWER |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and defendant, pursuant to Local Rule 6-1(a), that the defendant shall have an extension of time through September 12, 2008 in which to answer or otherwise respond to the complaint.

STIPULATION FOR EXTENSION OF TIME
No. CV-08-002494 WDB                    -1-

1   DATED this 18th day of July, 2008.

2                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
3                                          THOMAS MOORE
                                           Assistant United States Attorney
4                                          Chief, Tax Division
                                           DAVID L. DENIER
5                                          Assistant United States Attorney
                                           10th Floor Federal Building
6                                          450 Golden Gate Avenue, Box 36055
                                           San Francisco, California 94102
7                                          Telephone: (415) 436-6888
                                           Fax: (415) 436-6748
8
                                           /s/ W. Carl Hankla
9                                          **W. CARL HANKLA** (DCBN 41165)
                                           Trial Attorney, Tax Division
10                                         United States Department of Justice
                                           P.O. Box 683, Ben Franklin Station
11                                         Washington, D.C. 20044
                                           Telephone: (202) 307-6448
12                                         Fax: (202) 307-0054
                                           E-mail: w.carl.hankla@usdoj.gov
13

14  DATED this 18th day of July, 2008.

15                                         ALEXANDRE BALKANSKI TRADING PARTNER,
                                           LP; AAB & SB. LLC., Tax Matters Partner,
16                                         ALEXANDRE BALKANSKI, Sole Member-Manager

17
                                           /s/ Edward M. Robbins, Jr.
18                                         EDWARD M. ROBBINS, JR.
                                           CHARLES P. RETTIG
19                                         DAVID ROTH
                                           HOCHMAN, SALKIN, RETTIG, TOSCHER &
20                                         PEREZ, P.C.
                                           9150 Wilshire Boulevard, Suite 300
21                                         Beverly Hills, CA 90212
                                           Telephone: (310) 281-3200
22                                         Fax: (310) 859-5129

23

24

25

26

27

28  STIPULATION FOR EXTENSION OF TIME
    No. CV-08-002494 WDB                         -2-