JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102
 Telephone:  (415) 436-6888
 Fax: (415) 436-6748
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
 P.O. Box 683, Ben Franklin Station
 Washington, D.C. 20044
 Telephone: (202) 307-6448
 Fax: (202) 307-0054
 E-mail: w.carl.hankla@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LO; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 08-002494 WDB<br><br>DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

The United States hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

///

///

///

DECLINATION/REQUEST FOR REASSIGNMENT
No. CV-08-002494 WDB                        -1-

1  DATED this 21st day of July, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:  (415) 436-6888
Fax: (415) 436-6748

 /s/ *W. Carl Hankla*
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6448
Fax: (202) 307-0054
E-mail: w.carl.hankla@usdoj.gov

DECLINATION/REQUEST FOR REASSIGNMENT
No. CV-08-002494 WDB                    -2-