UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LO, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA.<br><br>    Defendant<br>_____/ | No.  C 08-2494 WDB<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case management conference set for August 18, 2008, at 4:00 p.m. is vacated.

Dated: July 21, 2008                    Richard W. Wieking, Clerk
                                        United States District Court

                                        *Sarah Weinstein*

                                        By: SarahWeinstein
                                            Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd