1 | JOSEPH P. RUSSONIELLO
United States Attorney
2 | THOMAS MOORE
Assistant United States Attorney
3 | Chief, Tax Division
DAVID L. DENIER
4 | Assistant United States Attorney
   10th Floor Federal Building
5 |  450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
6 |  Telephone:  (415) 436-6888
   Fax: (415) 436-6748
7 | **W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
8 | United States Department of Justice
   P.O. Box 683, Ben Franklin Station
9 |  Washington, D.C. 20044
   Telephone: (202) 307-6448
10 | Fax: (202) 307-0054
   E-mail: w.carl.hankla@usdoj.gov

11

12                    IN THE UNITED STATES DISTRICT COURT FOR THE

13                         NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15 | ALEXANDRE BALKANSKI TRADING          )
PARTNER, LO; AAB & SB, LLC, Tax          )
16 | Matters Partner; ALEXANDRE           )
BALKANSKI, Sole Member-Manager,          )
17 |                                      )     CV 08-002494 SI
                Plaintiffs,              )
18 |                                      )
         v.                              )
19 |                                      )     STIPULATION TO RESCHEDULE
UNITED STATES OF AMERICA,                )     CASE MANAGEMENT CONFERENCE
20 |                                      )
                Defendant.              )
21 | _____     )

22          IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and defendant that the Case

23 | Management Conference in this matter should be rescheduled from August 29, 2008 to **September 26,**

**2008 or later**.

24          The parties respectfully represent they have good cause for making this request as follows:

25          1.      This case is complex federal tax proceeding.  It arises from the Internal Revenue Service's

26                  disallowance of millions of dollars of losses the plaintiff partnership claimed on federal

27

28 | STIPULATION TO RESCHEDULE CMC
No. CV-08-002494 SI                   -1-

tax returns by means of an allegedly abusive tax shelter.  <u>See</u> IRS Notice 2002-35 (identifying "notional principal contract" shelters and warning that "the tax benefits purportedly generated by these transactions are not allowable for federal income tax purposes").  The IRS also imposed penalties under I.R.C. § 6662.  The plaintiffs contend that the positions it took on the tax returns were correct and that the IRS erred in imposing penalties.

2.    Government trial counsel with the Justice Department, Tax Division, has not yet obtained the IRS administrative files or a defense recommendation from IRS counsel.  These materials are necessary in order to formulate the United States' litigating position.

3.    In order to allow government trial counsel sufficient time to obtain and review the IRS administrative files and defense recommendation, the parties previously stipulated pursuant to Local Rule 6-1(a) that the United States could have an extension of time through September 12, 2008 in which to answer or otherwise respond to the complaint.  <u>See</u> Stipulation for Extension of Time to Answer, filed July 18, 2008.  This extension was stipulated before the Court issued its July 24, 2008 Notice scheduling the Case Management Conference for August 29, 2008.

///

///

///

STIPULATION TO RESCHEDULE CMC
No. CV-08-002494 SI                    -2-

1    4.    Rescheduling the Case Management Conference after the due date of the United States'

2    answer as requested above will be in the interest of judicial economy.  The parties will be

3    better prepared to address all of the issues set forth in the Court's Case Management

4    Order, and the Case Management Conference should be more productive as a result.

5    DATED this 13th day of August, 2008.

6                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
7                                                    THOMAS MOORE
                                                     Assistant United States Attorney
8                                                    Chief, Tax Division
                                                     DAVID L. DENIER
9                                                    Assistant United States Attorney
                                                     10th Floor Federal Building
10                                                   450 Golden Gate Avenue, Box 36055
                                                     San Francisco, California  94102
11                                                   Telephone:  (415) 436-6888
                                                     Fax: (415) 436-6748
12
                                                     /s/ W. Carl Hankla
13                                                   **W. CARL HANKLA** (DCBN 41165)
                                                     Trial Attorney, Tax Division
14                                                   United States Department of Justice
                                                     P.O. Box 683, Ben Franklin Station
15                                                   Washington, D.C. 20044
                                                     Telephone: (202) 307-6448
16                                                   Fax: (202) 307-0054
                                                     E-mail: w.carl.hankla@usdoj.gov
17

18    DATED this 13th day of August, 2008.

19                                                   ALEXANDRE BALKANSKI TRADING PARTNER,
                                                     LP; AAB & SB. LLC., Tax Matters Partner,
20                                                   ALEXANDRE BALKANSKI, Sole Member-Manager

21
                                                     /s/ Edward M. Robbins, Jr.
22                                                   EDWARD M. ROBBINS, JR.
                                                     CHARLES P. RETTIG
23                                                   DAVID ROTH
                                                     HOCHMAN, SALKIN, RETTIG, TOSCHER &
24                                                   PEREZ, P.C.
                                                     9150 Wilshire Boulevard, Suite 300
25                                                   Beverly Hills, CA 90212
                                                     Telephone: (310) 281-3200
26                                                   Fax: (310) 859-5129

27

28    STIPULATION TO RESCHEDULE CMC
      No. CV-08-002494 SI                    -3-