JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-6888
  Fax: (415) 436-6748
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
  P.O. Box 683, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 307-6448
  Fax: (202) 307-0054
  E-mail: w.carl.hankla@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LO; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)    CV 08-002494 SI<br>)<br>)<br>)    STIPULATION TO RESCHEDULE<br>)    CASE MANAGEMENT CONFERENCE<br>)<br>)<br>) |

    IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and defendant that the Case

Management Conference in this matter should be rescheduled from August 29, 2008 to **September 26,**

**2008 or later**.

    The parties respectfully represent they have good cause for making this request as follows:

    1.    This case is complex federal tax proceeding.  It arises from the Internal Revenue Service's

disallowance of millions of dollars of losses the plaintiff partnership claimed on federal

STIPULATION TO RESCHEDULE CMC
No. CV-08-002494 SI                    -1-

1    tax returns by means of an allegedly abusive tax shelter.  See IRS Notice 2002-35

2    (identifying "notional principal contract" shelters and warning that "the tax benefits

3    purportedly generated by these transactions are not allowable for federal income tax

4    purposes").  The IRS also imposed penalties under I.R.C. § 6662.  The plaintiffs contend

5    that the positions it took on the tax returns were correct and that the IRS erred in imposing

6    penalties.

7    2.    Government trial counsel with the Justice Department, Tax Division, has not yet obtained

8         the IRS administrative files or a defense recommendation from IRS counsel.  These

9         materials are necessary in order to formulate the United States' litigating position.

10   3.    In order to allow government trial counsel sufficient time to obtain and review the IRS

11        administrative files and defense recommendation, the parties previously stipulated

12        pursuant to Local Rule 6-1(a) that the United States could have an extension of time

13        through September 12, 2008 in which to answer or otherwise respond to the complaint.

14        See Stipulation for Extension of Time to Answer, filed July 18, 2008.  This extension was

15        stipulated before the Court issued its July 24, 2008 Notice scheduling the Case

16        Management Conference for August 29, 2008.

17   ///

18   ///

19   ///    The case management conference is continued to
          10/10/08 at 2:00 p.m.  A joint statment must be filed
20         one week prior to the conference.

21

22

23

24

25

26

27

28   STIPULATION TO RESCHEDULE CMC
     No. CV-08-002494 SI                    -2-



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

4.     Rescheduling the Case Management Conference after the due date of the United States'
answer as requested above will be in the interest of judicial economy.  The parties will be
better prepared to address all of the issues set forth in the Court's Case Management
Order, and the Case Management Conference should be more productive as a result.

DATED this 13th day of August, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:  (415) 436-6888
Fax: (415) 436-6748

/s/ *W. Carl Hankla*
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6448
Fax: (202) 307-0054
E-mail: w.carl.hankla@usdoj.gov

DATED this 13th day of August, 2008.

ALEXANDRE BALKANSKI TRADING PARTNER,
LP; AAB & SB. LLC., Tax Matters Partner,
ALEXANDRE BALKANSKI, Sole Member-Manager

/s/ *Edward M. Robbins, Jr.*
EDWARD M. ROBBINS, JR.
CHARLES P. RETTIG
DAVID ROTH
HOCHMAN, SALKIN, RETTIG, TOSCHER &
PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Telephone: (310) 281-3200
Fax: (310) 859-5129

STIPULATION TO RESCHEDULE CMC
No. CV-08-002494 SI                        -3-