JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888
  Fax: (415) 436-6748
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
  P.O. Box 683, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 307-6448
  Fax: (202) 307-0054
  E-mail: w.carl.hankla@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LO; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CV 08-002494 SI<br><br>SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER |

    IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and defendant, pursuant to Local Rule 6-1(a), that the defendant shall have an additional extension of time, from September 12, 2008 through September 30, 2008, in which to answer or otherwise respond to the complaint.

2d STIPULATION FOR EXTENSION OF TIME
No. CV-08-002494 SI                                               -1-

DATED this 5th day of September, 2008.

        JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:  (415) 436-6888
Fax: (415) 436-6748

 /s/ *W. Carl Hankla*
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6448
Fax: (202) 307-0054
E-mail: w.carl.hankla@usdoj.gov

DATED this 5th day of September, 2008.

ALEXANDRE BALKANSKI TRADING PARTNER, LP; AAB & SB. LLC., Tax Matters Partner, ALEXANDRE BALKANSKI, Sole Member-Manager

 /s/ *Edward M. Robbins, Jr.*
EDWARD M. ROBBINS, JR.
CHARLES P. RETTIG
DAVID ROTH
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Telephone: (310) 281-3200
Fax: (310) 859-5129

2d STIPULATION FOR EXTENSION OF TIME
No. CV-08-002494 SI         -2-