1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS MOORE
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER
4  Assistant United States Attorney
    10th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-6888
    Fax: (415) 436-6748
7  **W. CARL HANKLA** (DCBN 41165)
   Trial Attorney, Tax Division
8  United States Department of Justice
    P.O. Box 683, Ben Franklin Station
9   Washington, D.C. 20044
    Telephone: (202) 307-6448
10  Fax: (202) 307-0054
    E-mail: w.carl.hankla@usdoj.gov

11                    IN THE UNITED STATES DISTRICT COURT FOR THE

12                          NORTHERN DISTRICT OF CALIFORNIA

13                                SAN FRANCISCO DIVISION

14
   ALEXANDRE BALKANSKI TRADING          )
15 PARTNER, LO; AAB & SB, LLC, Tax      )
   Matters Partner; ALEXANDRE           )
16 BALKANSKI, Sole Member-Manager,      )
                                        )      CV 08-002494 SI
17                Plaintiffs,           )
                                        )
18      v.                              )
                                        )      THIRD STIPULATION FOR EXTENSION
19 UNITED STATES OF AMERICA,            )      OF TIME TO ANSWER
                                        )
20                Defendant.            )
   _____)
21
22        IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and defendant, pursuant to Local

23 Rule 6-1(a), that the defendant shall have an additional extension of time, from September 30, 2008

   through **November 14, 2008**, in which to answer or otherwise respond to the complaint.
24
25
26
27
   3d STIPULATION FOR EXTENSION OF TIME
28 No. CV-08-002494 SI                           -1-

1     DATED this 30th day of September, 2008.

2                           JOSEPH P. RUSSONIELLO
                           United States Attorney

3                           THOMAS MOORE
                           Assistant United States Attorney

4                           Chief, Tax Division
                           DAVID L. DENIER

5                           Assistant United States Attorney
                           10th Floor Federal Building

6                           450 Golden Gate Avenue, Box 36055
                           San Francisco, California 94102

7                           Telephone: (415) 436-6888
                           Fax: (415) 436-6748

8

                          */s/ W. Carl Hankla*

9                           **W. CARL HANKLA** (DCBN 41165)
                           Trial Attorney, Tax Division

10                         United States Department of Justice
                           P.O. Box 683, Ben Franklin Station

11                         Washington, D.C. 20044
                           Telephone: (202) 307-6448

12                         Fax: (202) 307-0054
                           E-mail: w.carl.hankla@usdoj.gov

13

14     DATED this 30th day of September, 2008.

15                            ALEXANDRE BALKANSKI TRADING PARTNER,
                           LP; AAB & SB. LLC., Tax Matters Partner,

16                         ALEXANDRE BALKANSKI, Sole Member-Manager

17

                          */s/ Edward M. Robbins, Jr.*

18                         EDWARD M. ROBBINS, JR.
                        CHARLES P. RETTIG

19                         DAVID ROTH
                        HOCHMAN, SALKIN, RETTIG, TOSCHER &

20                         PEREZ, P.C.
                        9150 Wilshire Boulevard, Suite 300

21                         Beverly Hills, CA 90212
                        Telephone: (310) 281-3200

22                         Fax: (310) 859-5129

23    IT IS SO ORDERED

24

*Judge Susan Illston*

25

26

27   3d STIPULATION FOR EXTENSION OF TIME

28   No. CV-08-002494 SI                  -2-