JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888
  Fax: (415) 436-6748
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
  P.O. Box 683, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 307-6448
  Fax: (202) 307-0054
  E-mail: w.carl.hankla@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LO; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CV 08-002494 SI<br><br>SECOND STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and defendant that the Case Management Conference in this matter should be rescheduled from October 10, 2008 to **December 5, 2008 or later**.

The parties respectfully represent they have good cause for making this request as follows:

1. This case is complex federal tax proceeding. It arises from the Internal Revenue Service's proposed disallowance of millions of dollars of losses the plaintiff partnership claimed on

federal tax returns by means of an allegedly abusive tax shelter. See IRS Notice 2002-35 (identifying "notional principal contract" shelters and warning that "the tax benefits purportedly generated by these transactions are not allowable for federal income tax purposes"). The plaintiffs contend that the positions it took on the tax returns were correct.

2. The parties are discussing a possible settlement of this matter and have stipulated to extend the time for the United States to answer until **November 14, 2008.**

3. The Case Management Conference is currently scheduled for Friday, October 10, 2008 at 2:00 p.m. Rescheduling the Case Management Conference to a due date after the stipulated November 14 answer date will be in the interest of judicial economy.

4. Accordingly, the parties agree that the Case Management Conference should be rescheduled for **December 5, 2008** or later, with the Joint Case Management Statement due a week beforehand.

DATED this 30th day of September, 2008.

    JOSEPH P. RUSSONIELLO
    United States Attorney
    THOMAS MOORE
    Assistant United States Attorney
    Chief, Tax Division
    DAVID L. DENIER
    Assistant United States Attorney
    10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6888
    Fax: (415) 436-6748

    /s/ *W. Carl Hankla*
    **W. CARL HANKLA** (DCBN 41165)
    Trial Attorney, Tax Division
    United States Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6448
    Fax: (202) 307-0054
    E-mail: w.carl.hankla@usdoj.gov

1   DATED this 30th day of September, 2008.

2                                           ALEXANDRE BALKANSKI TRADING PARTNER,
                                            LP; AAB & SB. LLC., Tax Matters Partner,
3                                           ALEXANDRE BALKANSKI, Sole Member-Manager

4
                                             /s/ *Edward M. Robbins, Jr.*
5                                           EDWARD M. ROBBINS, JR.
                                            CHARLES P. RETTIG
6                                           DAVID ROTH
                                            HOCHMAN, SALKIN, RETTIG, TOSCHER &
7                                           PEREZ, P.C.
                                            9150 Wilshire Boulevard, Suite 300
8                                           Beverly Hills, CA 90212
                                            Telephone: (310) 281-3200
9                                           Fax: (310) 859-5129



IT IS SO ORDERED
Judge Susan Illston

28  2d STIPULATION TO RESCHEDULE CMC
    No. CV-08-002494 SI                              -3-