JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102
 Telephone:  (415) 436-6888
 Fax: (415) 436-6748
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
 P.O. Box 683, Ben Franklin Station
 Washington, D.C. 20044
 Telephone: (202) 307-6448
 Fax: (202) 307-0054
 E-mail: w.carl.hankla@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LO; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CV 08-002494 SI<br><br>STIPULATION FOR ADDITIONAL EXTENSION OF TIME TO ANSWER AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

　　　　IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and defendant, pursuant to Local Rule 6-1(a), that (1) the defendant shall have an additional extension of time, from January 15, 2009 to March 16, 2009, in which to answer or otherwise respond to the complaint, and (2) the case management conference, currently scheduled for February 6, 2009, should be continued to April 10, 2009 or later, with the joint case management statement due a week before the conference.

STIPULATION FOR EXTENSION OF TIME
No. CV-08-002494 SI　　　　　　　　　　　　　　-1-

The parties respectfully represent they have good cause for making this request:

1. This case is complex federal tax proceeding. It arises from the Internal Revenue Service's proposed disallowance of millions of dollars of losses the plaintiff partnership claimed on federal tax returns by means of an allegedly abusive tax shelter. See IRS Notice 2002-35 (identifying "notional principal contract" shelters and warning that "the tax benefits purportedly generated by these transactions are not allowable for federal income tax purposes"). The plaintiffs contend that the positions taken on the tax returns were correct.

2. Counsel have been discussing a possible settlement based on terms similar to those on which other cases involving this type of tax shelter have been settled. A draft settlement offer has been prepared and is being circulated. The plaintiff intends to make a formal settlement offer as soon as counsel have agreed on specific language.

3. Once the plaintiff makes the formal settlement offer, the Tax Division of Department of Justice will review and act on the offer on behalf of the Attorney General pursuant to Part O, Subpart N of Title 28 of the Code of Federal Regulations. The decision process will involve several steps. First, the trial attorney will obtain the views of the IRS and prepare a memorandum recommending the offer to his section chief. Second, the section chief will weigh in on the offer, either rejecting it or referring it with his approval to the Office of Review. Third, the Office of Review will either take final action on the offer or make a further referral to the government official(s) having authority to take final action on the offer.

///
///
///

STIPULATION FOR EXTENSION OF TIME
No. CV-08-002494 SI                    -2-

1   4. Postponement of the answer due date and case management conference date while the
2      settlement process continues would be in the interest of judicial economy.
3   DATED this 2d day of January, 2009.

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney
                                          THOMAS MOORE
                                          Assistant United States Attorney
                                          Chief, Tax Division
                                          DAVID L. DENIER
                                          Assistant United States Attorney
                                          10th Floor Federal Building
                                          450 Golden Gate Avenue, Box 36055
                                          San Francisco, California 94102
                                          Telephone: (415) 436-6888
                                          Fax: (415) 436-6748

                                          /s/ W. Carl Hankla
                                          **W. CARL HANKLA**
                                          Trial Attorney, Tax Division
                                          United States Department of Justice
                                          P.O. Box 683, Ben Franklin Station
                                          Washington, D.C. 20044
                                          Telephone: (202) 307-6448
                                          Fax: (202) 307-0054
                                          E-mail: w.carl.hankla@usdoj.gov

16   DATED this 2d day of January, 2009.

                                          ALEXANDRE BALKANSKI TRADING PARTNER,
                                          LP; AAB & SB. LLC., Tax Matters Partner,
                                          ALEXANDRE BALKANSKI, Sole Member-Manager

                                          /s/ Edward M. Robbins, Jr.
                                          EDWARD M. ROBBINS, JR.
                                          CHARLES P. RETTIG
                                          DAVID ROTH
                                          HOCHMAN, SALKIN, RETTIG, TOSCHER &
                                          PEREZ, P.C.
                                          9150 Wilshire Boulevard, Suite 300
                                          Beverly Hills, CA 90212
                                          Telephone: (310) 281-3200
                                          Fax: (310) 859-5129

STIPULATION FOR EXTENSION OF TIME
No. CV-08-002494 SI                                       -3-

*IT IS SO ORDERED*

[Signature: Susan Illston]
Judge Susan Illston

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]