JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6888
 Fax: (415) 436-6748
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
 P.O. Box 683, Ben Franklin Station
 Washington, D.C. 20044
 Telephone: (202) 307-6448
 Fax: (202) 307-0054
 E-mail: w.carl.hankla@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRE BALKANSKI TRADING PARTNER, LO; AAB & SB, LLC, Tax Matters Partner; ALEXANDRE BALKANSKI, Sole Member-Manager, ) ) ) ) ) | |
| Plaintiffs, ) | CV 08-002494 SI |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER FOR DISMISSAL |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

1      The parties, pursuant to their settlement agreement, hereby stipulate that this case be dismissed

2  with prejudice, the parties bearing their respective costs, including any possible attorney's fees or other

3  expenses of this litigation.

4      DATED this 4th day of June, 2009.

5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6                                          THOMAS MOORE
                                           Assistant United States Attorney
7                                          Chief, Tax Division
                                           DAVID L. DENIER
8                                          Assistant United States Attorney
                                           10th Floor Federal Building
9                                          450 Golden Gate Avenue, Box 36055
                                           San Francisco, California  94102
10                                         Telephone:  (415) 436-6888
                                           Fax: (415) 436-6748
11
                                            /s/ W. Carl Hankla
12                                         W. CARL HANKLA
                                           Trial Attorney, Tax Division
13                                         United States Department of Justice
                                           P.O. Box 683, Ben Franklin Station
14                                         Washington, D.C. 20044
                                           Telephone: (202) 307-6448
15                                         Fax: (202) 307-0054
                                           E-mail: w.carl.hankla@usdoj.gov
16

17      DATED this 4th day of June, 2009.

18                                         ALEXANDRE BALKANSKI TRADING PARTNER,
                                           LP; AAB & SB. LLC., Tax Matters Partner,
19                                         ALEXANDRE BALKANSKI, Sole Member-Manager

20                                          /s/ Edward M. Robbins, Jr.
                                           EDWARD M. ROBBINS, JR.
21                                         CHARLES P. RETTIG
                                           DAVID ROTH
22                                         HOCHMAN, SALKIN, RETTIG, TOSCHER &
                                           PEREZ, P.C.
23                                         9150 Wilshire Boulevard, Suite 300
                                           Beverly Hills, CA 90212
24                                         Telephone: (310) 281-3200
                                           Fax: (310) 859-5129
25

26

27

28  STIPULATION AND ORDER FOR DISMISSAL
    No. CV-08-002494 SI                        -2-

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    DATED: _____, 2009

3                                          _____
                                           UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND ORDER FOR DISMISSAL
     No. CV-08-002494 SI                        -3-